[No. 48056-1-I. Division One. March 25, 2002.]

CONRAD GONZALES, *Appellant*, v. TRAMCO, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-08969-1, Richard J. Thorpe, J., entered January 19, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Appelwick, JJ.

[No. 48086-3-I. Division One. March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS WILLIAM MEGGYESY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01010-0, Gerald L. Knight, J., entered January 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48123-1-I. Division One. March 25, 2002.]

DANIEL R. GLADFELTER, *Respondent*, v. SOO JIN KIM, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 99-2-22210-5, Michael Heavey, J., entered December 11, 2000 and January 17, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48187-8-I. Division One. March 25, 2002.]

*In the Matter of the Estate of* CHARLES H. STONE. JOSINE MARKHAM, *Respondent*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-4-00836-0, Thomas J. Wynne, J., entered February 14, 2001. *Reversed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Baker, J.